UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

5:15-BK-71731
CHAPTER 7

IN RE:        MANJULA CHAWLA AND KULDEEP KUMAR CHAWLA,                    DEBTORS

MOTION TO REOPEN CASE

COME NOW THE DEBTORS and for their motion state:

1.     This court has jurisdiction of this core-proceeding matter pursuant to 28 USC §§157 and 1334, and 11 USC §§105 and 350.

2.     The Debtors commenced their chapter 7 case on 2nd July 2015.  The Debtors received their full chapter 7 discharges on 5th October 2015.  The Debtors' case was closed on 10th November 2015.

3.     The Debtors seek to reopen their case because it now appears that Debtor Kuldeep Chawla may have become entitled to receive an inheritance estimated to be a one-quarter share of the estate of his late father in New Delhi, India, and became so entitled either before the commencement of his case or in the 180 days after the commencement of his case.

4.     The chapter 7 trustee has been consulted prior to this motion and the trustee does not object to the reopening of the case.

5.     The Debtors affirmatively state that pursuant to Rule 5010 FRBP the re-appointment of the chapter 7 trustee is necessary.

WHEREFORE, the Debtors pray that their case be reopened for the purposes set forth herein and for all other just and proper relief.

MANJULA CHAWLA AND KULDEEP KUMAR CHAWLA, DEBTORS

**BOND LAW OFFICE**

By: /s/ Stanley V. Bond
Stanley V. Bond 93034
E-mail: attybond@me.com
Emily J. Henson 2006-124
E-mail: ehenson.attybond@icloud.com
PO Box 1893
Fayetteville, AR  72702-1893
(V)479.444.0255
(F)479.235.2827

**CERTIFICATE OF SERVICE**

    I the undersigned attorney do hereby certify that the foregoing document has been served by US Mail with postage pre-paid/electronic mail or ECF notice/telefax/private courier, or by hand delivery to the persons named below all in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Eastern and Western Districts of Arkansas.

    Jill Jacoway, Trustee   By Electronic Notice
    US Trustee              By Electronic Notice

*All creditors and parties in interest listed in ECF and the Claims Register, and all parties receiving electronic notice as of 04/15/2016*

/s/Stanley V Bond                                        Date:   04-15-2016